Case 16-25398-ABA    Doc 30-3    Filed 05/17/2017    Entered 05/17/2017 00:00:00    Desc
Proposed Order    Page 1 of 2

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |  |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon, Esquire<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Attorney for Movant | **Order Filed on August 15, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No:   16-25398 ABA |
| In Re:<br>Anthony Caponegro<br>Christine C. Caponegro<br><br>   DEBTORS, | Chapter: 13<br><br>Hearing Date: August 15, 2017 at 10:00am<br>Judge: Andrew B. Altenburg Jr. |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 15, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>HSBC Bank USA, National Association as trustee on behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1, Midfirst Bank is the servicer,</u> under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■ Real Property More Fully Described as:

**Land and premises commonly known as 5017 Fernwood Avenue , Egg Harbor Township NJ 08234-9663**

☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

[Type text]

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-25398-ABA
Anthony D Caponegro                                                       Chapter 13
Christine C Caponegro
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1            Date Rcvd: Aug 15, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2017.
db/jdb         +Anthony D Caponegro,    Christine C Caponegro,    5021 Fernwood Dr,
                Egg Harbor Township, NJ 08234-9663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as trustee on
               behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1,
               Midfirst Bank is the servicer dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Christine C Caponegro mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Debtor Anthony D Caponegro mylawyer7@aol.com,
               ecf@seymourlaw.net
                                                                                             TOTAL: 5