**Last revised: August 1, 2017**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Anthony and Christine Caponegro

Case No.: _____16-25398_____

Judge: _____ABA_____

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          Date: __August 29, 2017__

☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: _____    Initial Debtor: _____    Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____115.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____September 1, 2017_____ for approximately _____48_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:   Adequate Protection** ☒ **NONE**

     a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

     b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:   Priority Claims (Including Administrative Expenses)**

    a.   All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2,960.00 |
| DOMESTIC SUPPORT OBLIGATION | | |
| IRS | taxes | notice only |
| State of New Jersey | taxes | notice only |

    b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
       Check one:

      ☒ None

      ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

| **Part 4:** | **Secured Claims** |
|---|---|

**a. Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Midland Mortgage Co | 5017 Fernwood Ave Egg Harbor Twp | $211,000.00 | $0.00 |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Jersey Shore Federal Credit Union---2003 Mercedes Benz Sl 500

Chase Corp-- 5021 Fernwood Ave Egg Harbor Twp, NJ 08234

| **g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE** | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|  |  |  |

**Part 5:    Unsecured Claims ☐ NONE**

    a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

    ☒ Not less than $ _____0.00_____ to be distributed *pro rata*

    ☐ Not less than _____ percent

    ☐ *Pro Rata* distribution from any remaining funds

    b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases ☒ NONE**

   (NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

   All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions ☒ NONE**

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☐ NONE**

   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

   b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☒ NONE**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Priority Claims
3) Secured Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification  ☒ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: August 29, 2017                               .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To list Midland Mortgage as surrendered under 4 (E) | To list Midland Mortgage as surrendered under 4 (E) |

Are Schedules I and J being filed simultaneously with this Modified Plan?        ☐  Yes        ☒  No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: August 29, 2017                        /s/ Seymour Wasserstrum
                                             Attorney for the Debtor

Date: August 29, 2017                        /s/ Anthony Caponegro
                                             Debtor

Date: August 29, 2017                        /s/ Christine Caponegro
                                             Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: August 29, 2017                                    /s/ Seymour Wasserstrum
                                                         Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: August 29, 2017                                    /s/ Anthony Caponegro
                                                         Debtor

Date: August 29, 2017                                    /s/ Christine Caponegro
                                                         Joint Debtor

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                       Case No. 16-25398-ABA
Anthony D Caponegro                                          Chapter 13
Christine C Caponegro
       Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 3                  Date Rcvd: Sep 01, 2017
                               Form ID: pdf901             Total Noticed: 89


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2017.
db/jdb        +Anthony D Caponegro,    Christine C Caponegro,    5021 Fernwood Dr,
                Egg Harbor Township, NJ 08234-9663
516375518     +Atlantic City Spec Civil Part,    1201 Bacharach Blvd,    Atlantic City, NJ 08401-4510
516375519     +Atlantic County Library System,    1 Swift Dr,    Egg Harbor Township, NJ 08234-9477
516334817     +Atlantic County Sheriff's Office,    4997 Unami Blvd,    Mays Landing, NJ 08330-2017
516375520     +Atlantic County Special Civil,    1201 Bacharach Blvd.,    Atlantic City, NJ 08401-4510
516375521     +Atlantic Medical Imaging,    Po Box 1564,    Indianapolis, IN 46206-1564
516375522     +Atlantic Radiologists,    65 West Jimmie Leeds Road,    Galloway, NJ 08205-9403
516375523     +Atlantic Smiles,    3069 English Creek Rd,    Egg Harbor Township, NJ 08234-9708
516375524     +Atlanticare,    PO Box 786361,    Philadelphia, PA 19178-6361
516375525    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,      Po Box 982238,    El Paso, TX 79998)
516514283     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516375526     +Barclay Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
516375527     +Barclay's Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
516375528     +Best Buy,    P.O.Box 30253,    Salt Lake City, UT 84130-0253
516375529     +Brazos Higher Education,    PO Box 7860,    Madison, WI 53707-7860
516493275     +Bureaus Investment Group Portfolio No 15 LLC,     c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
516375531     +Capital One,    PO Box 26030,    Richmond, VA 23260-6030
516361808      Capital One, N.A.,    PO Box 71083,    Charlotte, NC   28272-1083
516375533    #+CareCentrix,    PO Box 7780,    London, KY 40742-7780
516375537      Chase,    P.O. Box 15836,    Wilimington, DE 19886-5153
516375535      Chase,    P.O.Box 15298,    Wilmington, DE 19886-5153
516375538     +Chase Corporation,    10790 Rancho Bernaro,    San Diego, CA 92127-5705
516375539     +Citibank,    P.O.Box6497,    Sioux Falls, SD 57117-6497
516375540     +Credit Control, Llc,    Po Box 488,    Hazelwood, MO 63042-0488
516375542     +Dr. Brian Atkisson,    3110 Ocean Heights Ave,    Egg Harbor Township, NJ 08234-7734
516375543      EZpass,    PO Box 52003,    New Jersey Customer Service,    Newark, NJ 07101-8203
516519705      Educational Credit Management Corporation,     P.O. Box 16408,    St. Paul, MN 55116-0408
516375545     +FMA Alliance LD,    12339 Cutten Rd,    Houston, TX 77066-1807
516375546     +Great Lakes Higher Education,    2401 International Ln,    Madison, WI 53704-3192
516375548     +Home Depot,    P.O.Box 6497,    Sioux Falls, SD 57117-6497
516334818     +Hsbc Bank Usa Na,    11 West 42nd Street,    New York, NY 10036-8002
516375550      IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516708332     +JPMorgan Chase Bank, National Association,     c/o Chase Records Center,
                Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
516375553     +Jersey Shore FCU,    1434 New Road,    Northfield, NJ 08225-1104
516334819     +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
516375554      Labcorp,    PO Box 2240,    Burlington, NC 27216-2240
516375555     +Leonard Franco Jr,    1037 Raymond Blvd Ste 710,    Neward, NJ 07102-5427
516375557     +Macys,    P.O.Box 8218,    Mason, OH 45040-8218
516432110     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516334820     +Midland Mortgage Co.,    PO Box 26648,    Oklahoma City, OK 73126-0648
516444651      New Jersey Turnpike Authority,    Law Dept. Attn: Mark Schneider, Esq.,    PO Box 5042,
                Woodbridge, NJ   07095-5042
516375562     +Penn Cardiology,    1400 East Rt.70,    Cherry Hill, NJ 08034-2240
516375570      Retrieval Masters Creditors Bureau Inc,     4 West chester Plaza Suite110,    Re:E-ZPass,
                Elmsford, NY 10523
516375578    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,      P.O.Box245,
                Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
516375571      Schachter And Portnoy, Llc,    3490 USRt1,Ste 6,    Princeton, NJ 8540
516375574     +South Jersey Gas,    Po Box 577,    Attn:Mrs.DeMarco,    Hammonton, NJ 08037-0577
516375575     +South Jersey Periodontal,    3069 English Creek Rd,    Egg Harbor Township, NJ 08234-9708
516375576     +South Jersey Water Conditioning,    760 Shiloh Pike,    Bridgeton, NJ 08302-1460
516375577      State Of New Jersey,    P.O.Box445,    Department Of Treasury Trenton, NJ 08695
516375579     +Stellar Recovery,    PO Box 48370,    Jacksonville, FL 32247-8370
516375583     +TD Bank USA / Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
516375584    #+Transworld System, Inc,    2 Huntington Quadrangle, Ste 3N02,    Melville, NY 11747-4510
516375586     +Verizon,    500 Technology Dr Ste 300,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 01 2017 23:47:10      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 01 2017 23:47:04      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516375515      E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2017 23:42:46      Ashley Furniture,    PO Box 960061,
                Orlando, FL 32896-0061
```

```
District/off: 0312-1                  User: admin                   Page 2 of 3                   Date Rcvd: Sep 01, 2017
                                      Form ID: pdf901               Total Noticed: 89


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516375517     +E-mail/Text: bankruptcy@pepcoholdings.com Sep 01 2017 23:46:45      Atlantic City Electric,
               5 Collins Drive Suite2133,    Pepco Holdings Inc, Bankruptcy Division,
               Penns Grove, NJ 08069-3600
516375516      E-mail/Text: bankruptcy@pepcoholdings.com Sep 01 2017 23:46:45
               Atlantic City Electric Company,    Pepco Holdings, Inc.,
               Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
               Carneys Point, NJ  08069-3600
516375530     +E-mail/Text: cms-bk@cms-collect.com Sep 01 2017 23:46:50      Capital Management Services,
               726 Exchange Street,Ste700,    Buffalo, NY 14210-1464
516375532      E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2017 23:42:20      Care Credit,    PO Box 960061,
               Orlando, FL 32896-0061
516375534     +E-mail/Text: bankruptcy@cavps.com Sep 01 2017 23:47:31      Cavalry SPV I, LLC,
               500 Summit Lake Drive,Suite400,    Valhalla, NY 10595-1340
516375541      E-mail/Text: mrdiscen@discover.com Sep 01 2017 23:46:21      Discover Bank,    PO Box 15316,
               Wilmington, DE 19850-5316
516353134      E-mail/Text: mrdiscen@discover.com Sep 01 2017 23:46:21      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516375544      E-mail/Text: data_processing@fin-rec.com Sep 01 2017 23:46:50       Financial Recovery Services,
               P.O Box 385908,    Minneapolis, MN 55438-5908
516375547     +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2017 23:42:20      HHGregg,    PO Box 965036,
               Orlando, FL 32896-5036
516375551     +E-mail/Text: cio.bncmail@irs.gov Sep 01 2017 23:46:38      IRS,    1601 MarketSt,
               Philadelphia, PA 19103-2301
516375556     +E-mail/Text: ebn@ltdfin.com Sep 01 2017 23:46:51       Ltd,    7322 Southwest Freeway Suite 1600,
               Houston, TX 77074-2134
516375558     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2017 23:47:03       Midland Credit Management,
               8875 Aero Drive,    San Diego, CA 92123-2255
516375559     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2017 23:47:03       Midland Funding,
               8875 Aero Dr,Ste 200,    San Diego, CA 92123-2255
516375560     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2017 23:47:03       Midland Funding,
               8875 Aero Dr,Ste200,    San Diego, CA 92123-2255
516457127     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2017 23:47:03       Midland Funding LLC,
               PO Box 2011,    Warren MI 48090-2011
516375561      E-mail/Text: electronicbkydocs@nelnet.net Sep 01 2017 23:47:12       Nelnet Loan Services,
               3015 S.Parker Rd.,    Aurora, CO 80014-2904
516375564      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2017 23:51:03
               Portfolio Recovery,    120 Corporate Blvd STE 100,    Norfolk, VA 23502
516375563      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2017 23:50:53
               Portfolio Recovery,    120 Corporate Blvd Ste1,    Norfolk, VA 23502
516534508      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 02 2017 00:03:40
               Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
516536683      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2017 23:51:04
               Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
516533243      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2017 23:51:03
               Portfolio Recovery Associates, LLC,    c/o TOYS R US CREDIT CARD,    POB 41067,
               Norfolk VA 23541
516537747      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 02 2017 00:03:48
               Portfolio Recovery Associates, LLC,    c/o Victorias Secret,    POB 41067,    Norfolk VA 23541
516536690      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2017 23:51:04
               Portfolio Recovery Associates, LLC,    c/o Wal-mart,    POB 41067,    Norfolk VA 23541
516350177      E-mail/Text: bnc-quantum@quantum3group.com Sep 01 2017 23:46:57
               Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
               Kirkland, WA  98083-0788
516375567     +E-mail/Text: bkrpt@retrievalmasters.com Sep 01 2017 23:47:02
               Retrieval Masters Creditors Bureau Inc,    4 West chester Plaza Suite 110,    Re:E-ZPass,
               Elmsford, NY 10523-1615
516375580     +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2017 23:42:33      SYNCB/ Lumber Liquidators,
               PO.Box 965036,    Orlando, FL 32896-5036
516375581      E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2017 23:42:20      SYNCB/ Walmart Dual Card,
               PO Box 965024,    Orlando, FL 32896-5024
516375572     +E-mail/Text: jboehler@shorememorial.org Sep 01 2017 23:48:39       Shore Medical Center,
               100 Medical Center Way,    Somers Point, NJ 08244-2300
516375573     +E-mail/Text: jboehler@shorememorial.org Sep 01 2017 23:48:39       Shore Memorial Hospital,
               PO Box 217,    Somers Point, NJ 08244-0217
516375582     +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2017 23:42:46      Syncb/Toysrusdc,    Po Box 965005,
               Orlando, FL 32896-5005
516351116      E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2017 23:42:46      Synchrony Bank,
               c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
516535524     +E-mail/Text: bncmail@w-legal.com Sep 01 2017 23:47:19      TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516375585     +E-mail/Text: chorner@unitoherehealth.org Sep 01 2017 23:47:37       United Here Health,
               P.O Box 6680,    Aurora, IL 60598-0680
                                                                                               TOTAL: 36
```

```
District/off: 0312-1          User: admin              Page 3 of 3                 Date Rcvd: Sep 01, 2017
                              Form ID: pdf901          Total Noticed: 89
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516375536*        Chase,    P.O.Box 15298,    Wilmington, DE 19886-5153
516375549*        IRS,    PO Box 744,    Springfield, NJ 07081-0744
516375552*       +Irs,    P.O.Box 7346,    Philadelphia, PA 19101-7346
516375565*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:   Portfolio Recovery,    120 Corporate Blvd Ste1,    Norfolk, VA 23502)
516375566*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:   Portfolio Recovery,    120 Corporate Blvd Ste1,    Norfolk, VA 23502)
516375568*       +Retrieval Masters Creditors Bureau Inc,    4 West chester Plaza Suite 110,    Re:E-ZPass,
                   Elmsford, NY 10523-1615
516375569*       +Retrieval Masters Creditors Bureau Inc,    4 West chester Plaza Suite 110,    Re:E-ZPass,
                   Elmsford, NY 10523-1615
                                                                                               TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as trustee on
               behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1,
               Midfirst Bank is the servicer dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Seymour    Wasserstrum    on behalf of Debtor Anthony D Caponegro mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour    Wasserstrum    on behalf of Joint Debtor Christine C Caponegro mylawyer7@aol.com,
               ecf@seymourlaw.net
                                                                                               TOTAL: 5
```