UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Seymour Wasserstrum, Esq.
Law Offices of Seymour Wasserstrum
Attorneys at Law
205 W. Landis Avenue
Vineland, NJ 08360
P: (856) 696-8300
F: (856) 696-6962
Attorneys for Debtors
Mylawyer7@aol.com

In Re:

Anthony D. Caponegro

Order Filed on March 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:      16-25398

Chapter:       13

Adv. No.:      N/A

Hearing Date: 3/20/2018 @ 10:00 a.m.

Judge:         ABA

## ORDER TO APPROVE LOAN MODIFICATION WITH BAYVIEW LOAN SERVICING, LLC

The relief set forth on the following pages, numbered three (3) is hereby ORDERED.

**DATED: March 13, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtors: Anthony D. Caponegro
Case No: 16-25398/ABA
**Caption of Order:** Order to Approve Loan Modification of Debtors with Bayview Loan Servicing, LLC

Upon consideration of Anthony D. Caponegro's application for an order to approve a loan modification with Bayview Loan Servicing, LLC, and good cause appearing therefore, it is hereby

**ORDERED** that the Debtors are permitted to proceed with a loan modification Bayview Loan Servicing, LLC.

**IT IS FURTHER ORDERED** Communication and/or negotiations between debtors and mortgagees/mortgage servicers about loan modification shall not be deemed as violation of the automatic stay; and any such communication or negotiation shall not be used by either party against other in any subsequent litigation.

**IT IS FURTHER ORDERED** that in the event a loan modification is completed and pre-petition arrears are capitalized into the loan, secured creditor shall amend the arrearage portion of its proof of claim to reflect the amount already paid by the Chapter 13 Trustee within thirty (30) days of the completion of the loan modification; and

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to the secured creditor be held until the claim is withdrawn or amended or the Trustee is notified by secured creditor that the modification was not consummated; and

**IT IS FURTHER ORDERED** that in the event the modification is not consummated; the secured creditor shall notify the Trustee and debtors' attorney of same. Any money that was held by the Trustee pending the completion of the modification shall then be paid to secured creditor; and

(Page 3)

**Debtors:** Anthony D. Caponegro

**Case No:** 16-25398/ABA

**Caption of Order:** Order to Approve Loan Modification of Debtors with Bayview Loan Servicing, LLC

---

**IT IS FURTHER ORDERED** that in the event the Proof of Claim is withdrawn or amends the arrearage portion the claim to zero (0), the Trustee may disburse funds being held pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan; and

**IT IS FURTHER ORDERED** that Debtors shall file an Amended Schedule J and Modified Plan within fourteen (14) days of this Order.

**IT IS FURTHER ORDERED** that Debtors shall provide the Trustee with an executed copy of the Loan Agreement upon completion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 16-25398-ABA
Anthony D Caponegro                                                      Chapter 13
Christine C Caponegro
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Mar 13, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
db/jdb        +Anthony D Caponegro,   Christine C Caponegro,   5021 Fernwood Dr,
               Egg Harbor Township, NJ 08234-9663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as trustee on
               behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1,
               Midfirst Bank is the servicer dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Richard James Tracy, III    on behalf of Creditor    BAYVIEW LOAN SERVICING LLC
               rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Christine C Caponegro mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Debtor Anthony D Caponegro mylawyer7@aol.com,
               ecf@seymourlaw.net
                                                                                             TOTAL: 6