| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Anthony D Caponegro<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–3057<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Christine C Caponegro<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–2663<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    8/10/16 |
| Case number: | 16–25398–ABA | Date case converted to chapter: | 7    3/15/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Anthony D Caponegro | Christine C Caponegro |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5021 Fernwood Dr<br>Egg Harbor Township, NJ 08234 | 5021 Fernwood Dr<br>Egg Harbor Township, NJ 08234 |
| 4. | **Debtor's attorney**<br>Name and address | Seymour Wasserstrum<br>Law Offices of Seymour Wasserstrum<br>205 West Landis Avenue<br>Vineland, NJ 08360 | Contact phone (856) 696–8300 |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas J Subranni<br>Subranni Zauber<br>1624 Pacific Avenue<br>Atlantic City, NJ 08401 | Contact phone (609) 347–7000 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676−6856 | 401 Market Street  Camden, NJ 08102  Additional information may be available at the Court's Web Site:  www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 856−361−2300  Date: 3/23/18 |
| **7.** **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **April 19, 2018 at 12:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **1423 Tilton Road, Suite 5, Northfield, NJ 08225** |
| **8.** **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9).  **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 6/18/18** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 16-25398-ABA
Anthony D Caponegro                                                 Chapter 7
Christine C Caponegro
        Debtors              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 3                  Date Rcvd: Mar 23, 2018
                              Form ID: 309A               Total Noticed: 92

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
db/jdb         +Anthony D Caponegro,    Christine C Caponegro,    5021 Fernwood Dr,
                 Egg Harbor Township, NJ 08234-9663
tr             +Thomas J Subranni,    Subranni Zauber,   1624 Pacific Avenue,    Atlantic City, NJ 08401-6958
516375518      +Atlantic City Spec Civil Part,   1201 Bacharach Blvd,    Atlantic City, NJ 08401-4510
516375519      +Atlantic County Library System,   1 Swift Dr,    Egg Harbor Township, NJ 08234-9477
516334817      +Atlantic County Sheriff’s Office,    4997 Unami Blvd,   Mays Landing, NJ 08330-2017
516375520      +Atlantic County Special Civil,   1201 Bacharach Blvd.,    Atlantic City, NJ 08401-4510
516375521      +Atlantic Medical Imaging,   Po Box 1564,    Indianapolis, IN 46206-1564
516375522      +Atlantic Radiologists,   65 West Jimmie Leeds Road,    Galloway, NJ 08205-9403
516375523      +Atlantic Smiles,   3069 English Creek Rd,    Egg Harbor Township, NJ 08234-9708
516375524      +Atlanticare,   PO Box 786361,   Philadelphia, PA 19178-6361
516514283      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516375529      +Brazos Higher Education,    PO Box 7860,    Madison, WI 53707-7860
516375533     #+CareCentrix,   PO Box 7780,    London, KY 40742-7780
516375538      +Chase Corporation,   10790 Rancho Bernaro,    San Diego, CA 92127-5705
516375540      +Credit Control, Llc,    Po Box 488,   Hazelwood, MO 63042-0488
516375542      +Dr. Brian Atkisson,    3110 Ocean Heights Ave,    Egg Harbor Township, NJ 08234-7734
516375543       EZpass,   PO Box 52003,    New Jersey Customer Service,    Newark, NJ 07101-8203
516375545      +FMA Alliance LD,   12339 Cutten Rd,    Houston, TX 77066-1807
516375546      +Great Lakes Higher Education,    2401 International Ln,    Madison, WI 53704-3192
516334818      +Hsbc Bank Usa Na,   11 West 42nd Street,    New York, NY 10036-8002
516375550       IRS,   PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516708332      +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
516375553      +Jersey Shore FCU,   1434 New Road,    Northfield, NJ 08225-1104
516334819      +KML Law Group, PC,   216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
516375554       Labcorp,   PO Box 2240,    Burlington, NC 27216-2240
516375555      +Leonard Franco Jr,   1037 Raymond Blvd Ste 710,    Neward, NJ 07102-5427
516432110      +MidFirst Bank,   999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516334820      +Midland Mortgage Co.,    PO Box 26648,    Oklahoma City, OK 73126-0648
516444651       New Jersey Turnpike Authority,    Law Dept. Attn: Mark Schneider, Esq.,     PO Box 5042,
                 Woodbridge, NJ  07095-5042
516375562      +Penn Cardiology,   1400 East Rt.70,    Cherry Hill, NJ 08034-2240
516375570       Retrieval Masters Creditors Bureau Inc,    4 West chester Plaza Suite110,    Re:E-ZPass,
                 Elmsford, NY 10523
516375578     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,     P.O.Box245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
516375571       Schachter And Portnoy, Llc,    3490 USRt1,Ste 6,    Princeton, NJ 8540
516375574      +South Jersey Gas,   Po Box 577,    Attn:Mrs.DeMarco,   Hammonton, NJ 08037-0577
516375575      +South Jersey Periodontal,    3069 English Creek Rd,   Egg Harbor Township, NJ 08234-9708
516375576      +South Jersey Water Conditioning,    760 Shiloh Pike,   Bridgeton, NJ 08302-1460
516375577       State Of New Jersey,    P.O.Box445,   Department Of Treasury Trenton, NJ 08695
516375579      +Stellar Recovery,   PO Box 48370,    Jacksonville, FL 32247-8370

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mylawyer7@aol.com Mar 23 2018 23:19:41      Seymour Wasserstrum,
                 Law Offices of Seymour Wasserstrum,    205 West Landis Avenue,    Vineland, NJ  08360
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2018 23:20:42      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2018 23:20:36      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516375515       EDI: RMSC.COM Mar 24 2018 02:58:00      Ashley Furniture,    PO Box 960061,
                 Orlando, FL 32896-0061
516375517      +E-mail/Text: bankruptcy@pepcoholdings.com Mar 23 2018 23:20:19      Atlantic City Electric,
                 5 Collins Drive Suite2133,    Pepco Holdings Inc, Bankruptcy Division,
                 Penns Grove, NJ 08069-3600
516375516       E-mail/Text: bankruptcy@pepcoholdings.com Mar 23 2018 23:20:20
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516375525       EDI: BANKAMER.COM Mar 24 2018 02:58:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
516375526      +EDI: TSYS2.COM Mar 24 2018 02:58:00      Barclay Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
516375527      +EDI: TSYS2.COM Mar 24 2018 02:58:00      Barclay’s Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
517095589      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 23 2018 23:21:15
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
```

```
District/off: 0312-1          User: admin                    Page 2 of 3                   Date Rcvd: Mar 23, 2018
                              Form ID: 309A                  Total Noticed: 92


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517095588      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 23 2018 23:21:15
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
516375528      +EDI: HFC.COM Mar 24 2018 02:58:00       Best Buy,   P.O.Box 30253,
                 Salt Lake City, UT 84130-0253
516493275      +EDI: PRA.COM Mar 24 2018 02:53:00       Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516375530      +E-mail/Text: cms-bk@cms-collect.com Mar 23 2018 23:20:23        Capital Management Services,
                 726 Exchange Street,Ste700,    Buffalo, NY 14210-1464
516375531      +EDI: CAPITALONE.COM Mar 24 2018 02:58:00       Capital One,   PO Box 26030,
                 Richmond, VA 23260-6030
516361808       EDI: CAPITALONE.COM Mar 24 2018 02:58:00       Capital One, N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
516375532       EDI: RMSC.COM Mar 24 2018 02:58:00       Care Credit,   PO Box 960061,   Orlando, FL 32896-0061
516375534      +E-mail/Text: bankruptcy@cavps.com Mar 23 2018 23:21:06        Cavalry SPV I, LLC,
                 500 Summit Lake Drive,Suite400,    Valhalla, NY 10595-1340
516375535       EDI: CHASE.COM Mar 24 2018 02:58:00       Chase,   P.O.Box 15298,   Wilmington, DE 19886-5153
516375537       EDI: CHASE.COM Mar 24 2018 02:58:00       Chase,   P.O. Box 15836,   Wilimington, DE 19886-5153
516375539      +EDI: CITICORP.COM Mar 24 2018 02:58:00       Citibank,   P.O.Box6497,
                 Sioux Falls, SD 57117-6497
516375541       EDI: DISCOVER.COM Mar 24 2018 02:58:00       Discover Bank,   PO Box 15316,
                 Wilmington, DE 19850-5316
516353134       EDI: DISCOVER.COM Mar 24 2018 02:58:00       Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
516519705       EDI: ECMC.COM Mar 24 2018 02:53:00       Educational Credit Management Corporation,
                 P.O. Box 16408,    St. Paul, MN 55116-0408
516375544       E-mail/Text: data_processing@fin-rec.com Mar 23 2018 23:20:23        Financial Recovery Services,
                 P.O Box 385908,   Minneapolis, MN 55438-5908
516375547      +EDI: RMSC.COM Mar 24 2018 02:58:00       HHGregg,   PO Box 965036,   Orlando, FL 32896-5036
516375548      +EDI: CITICORP.COM Mar 24 2018 02:58:00       Home Depot,   P.O.Box 6497,
                 Sioux Falls, SD 57117-6497
516375551      +EDI: IRS.COM Mar 24 2018 02:58:00       IRS,   1601 MarketSt,   Philadelphia, PA 19103-2301
516375556      +EDI: LTDFINANCIAL.COM Mar 24 2018 02:53:00        Ltd,   7322 Southwest Freeway Suite 1600,
                 Houston, TX 77074-2134
516375557      +EDI: TSYS2.COM Mar 24 2018 02:58:00       Macys,   P.O.Box 8218,   Mason, OH 45040-8218
516375558      +EDI: MID8.COM Mar 24 2018 02:58:00       Midland Credit Management,   8875 Aero Drive,
                 San Diego, CA 92123-2255
516375559      +EDI: MID8.COM Mar 24 2018 02:58:00       Midland Funding,   8875 Aero Dr,Ste 200,
                 San Diego, CA 92123-2255
516375560      +EDI: MID8.COM Mar 24 2018 02:58:00       Midland Funding,   8875 Aero Dr,Ste200,
                 San Diego, CA 92123-2255
516457127      +EDI: MID8.COM Mar 24 2018 02:58:00       Midland Funding LLC,   PO Box 2011,
                 Warren MI 48090-2011
516375561       E-mail/Text: electronicbkydocs@nelnet.net Mar 23 2018 23:20:46        Nelnet Loan Services,
                 3015 S.Parker Rd.,    Aurora, CO 80014-2904
516375564       EDI: PRA.COM Mar 24 2018 02:53:00       Portfolio Recovery,   120 Corporate Blvd STE 100,
                 Norfolk, VA 23502
516375563       EDI: PRA.COM Mar 24 2018 02:53:00       Portfolio Recovery,   120 Corporate Blvd Ste1,
                 Norfolk, VA 23502
516534508       EDI: PRA.COM Mar 24 2018 02:53:00       Portfolio Recovery Associates, LLC,   c/o Barclaycard,
                 POB 41067,   Norfolk VA 23541
516536683       EDI: PRA.COM Mar 24 2018 02:53:00       Portfolio Recovery Associates, LLC,   c/o Best Buy,
                 POB 41067,   Norfolk VA 23541
516533243       EDI: PRA.COM Mar 24 2018 02:53:00       Portfolio Recovery Associates, LLC,
                 c/o TOYS R US CREDIT CARD,    POB 41067,   Norfolk VA 23541
516537747       EDI: PRA.COM Mar 24 2018 02:53:00       Portfolio Recovery Associates, LLC,
                 c/o Victorias Secret,    POB 41067,   Norfolk VA 23541
516536690       EDI: PRA.COM Mar 24 2018 02:53:00       Portfolio Recovery Associates, LLC,   c/o Wal-mart,
                 POB 41067,   Norfolk VA 23541
516350177       EDI: Q3G.COM Mar 24 2018 02:58:00       Quantum3 Group LLC as agent for,
                 Credit Corp Solutions Inc,    PO Box 788,   Kirkland, WA  98083-0788
516375567      +EDI: RMCB.COM Mar 24 2018 02:58:00       Retrieval Masters Creditors Bureau Inc,
                 4 West chester Plaza Suite 110,    Re:E-ZPass,   Elmsford, NY 10523-1615
516375580      +EDI: RMSC.COM Mar 24 2018 02:58:00       SYNCB/ Lumber Liquidators,   PO.Box 965036,
                 Orlando, FL 32896-5036
516375581       EDI: RMSC.COM Mar 24 2018 02:58:00       SYNCB/ Walmart Dual Card,   PO Box 965024,
                 Orlando, FL 32896-5024
516375572      +E-mail/Text: jboehler@shorememorial.org Mar 23 2018 23:22:00        Shore Medical Center,
                 100 Medical Center Way,    Somers Point, NJ 08244-2300
516375573      +E-mail/Text: jboehler@shorememorial.org Mar 23 2018 23:22:00        Shore Memorial Hospital,
                 PO Box 217,   Somers Point, NJ 08244-0217
516375582      +EDI: RMSC.COM Mar 24 2018 02:58:00       Syncb/Toysrusdc,   Po Box 965005,
                 Orlando, FL 32896-5005
516351116       EDI: RMSC.COM Mar 24 2018 02:58:00       Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516375583      +EDI: WTRRNBANK.COM Mar 24 2018 02:58:00        TD Bank USA / Target Credit,   PO Box 673,
                 Minneapolis, MN 55440-0673
```

```
District/off: 0312-1           User: admin                Page 3 of 3                Date Rcvd: Mar 23, 2018
                               Form ID: 309A              Total Noticed: 92

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516535524      +E-mail/Text: bncmail@w-legal.com Mar 23 2018 23:20:55      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516375585      +E-mail/Text: chorner@unitehereheath.org Mar 23 2018 23:21:10      United Here Health,
                 P.O Box 6680,    Aurora, IL 60598-0680
516375586      +EDI: VERIZONEAST.COM Mar 24 2018 02:58:00       Verizon,    500 Technology Dr Ste 300,
                 Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 54

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516375536*       Chase,   P.O.Box 15298,   Wilmington, DE 19886-5153
516375549*       IRS,   PO Box 744,   Springfield, NJ 07081-0744
516375552*      +Irs,   P.O.Box 7346,   Philadelphia, PA 19101-7346
516375565*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,     120 Corporate Blvd Ste1,    Norfolk, VA 23502)
516375566*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,     120 Corporate Blvd Ste1,    Norfolk, VA 23502)
516375568*      +Retrieval Masters Creditors Bureau Inc,    4 West chester Plaza Suite 110,    Re:E-ZPass,
                 Elmsford, NY 10523-1615
516375569*      +Retrieval Masters Creditors Bureau Inc,    4 West chester Plaza Suite 110,    Re:E-ZPass,
                 Elmsford, NY 10523-1615
516375584     ##+Transworld System, Inc,    2 Huntington Quadrangle, Ste 3N02,    Melville, NY 11747-4510
                                                                                     TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association as trustee on
               behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1,
               Midfirst Bank is the servicer dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Richard James Tracy, III    on behalf of Creditor   BAYVIEW LOAN SERVICING LLC
               rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Christine C Caponegro mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Debtor Anthony D Caponegro mylawyer7@aol.com,
               ecf@seymourlaw.net
              Thomas J Subranni    trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com
                                                                                             TOTAL: 6
```